# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　Plaintiff,  )<br>  )<br>v.  )  　No. 25-20292<br>  )<br>DESHUN MITCHELL,  )<br>  )<br>　　Defendant.  )  | |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Thomas L. Parker for all further proceedings.

**IT IS SO ORDERED,** this 3rd day of December, 2025.

　　　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE